UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINA M. EMERSON | CIVIL ACTION |
| versus | NO. 10-1846 |
| STATE OF LOUISIANA | SECTION: "J" (1) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by the petitioner to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Tina M. Emerson** is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** or, alternatively, **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that petitioner's related pending motions, Rec. Docs. 8, 9, 16, 17, 19, 39, 47, 48, 57, and 58, are **DENIED**.

New Orleans, Louisiana, this 14th day of December, 2010.

UNITED STATES DISTRICT JUDGE