U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 2 1 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30127
USDC No. 2:10-CV-1846

United States Court of Appeals
Fifth Circuit
**F I L E D**
June 20, 2011

Lyle W. Cayce
Clerk

TINA M. EMERSON,

    Petitioner-Appellant

v.

STATE OF LOUISIANA,

    Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Tina M. Emerson, Arkansas prisoner # 721112, seeks a certificate of appealability (COA) to appeal the district court's dismissal for lack of subject matter jurisdiction of her 28 U.S.C. § 2254 habeas petition challenging her present incarceration in Arkansas, which she contends is the result of her Louisiana conviction for committing a crime against nature. While admitting that her sentence for the Louisiana conviction has expired, Emerson argues that she is entitled to habeas relief because her present incarceration is the result of being required to register as a sex offender after she was convicted in Louisiana.

    This court may issue a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court has dismissed a § 2254 application on procedural grounds



No. 11-30127

without reaching the merits of the applicant's claims, "a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Emerson has not made the required showing. Her motion for a COA is DENIED.

/s/ CAROLYN DINEEN KING

---

CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE